**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                        Criminal No. 05-cr-057-01-JD

<u>Gordon Reid</u>

**<u>SEALED ORDER</u>**

    Defendant moves for an advance of $300.00 to pay for telephone charges he anticipates making for calls to his investigator, expert(s) and witnesses. There is a split in authority as to whether a *pro se* defendant is even entitled to reimbursement of any expenses under 18 U.S.C. § 3006A(d)(1). <u>See</u> <u>United States v. Feldman</u>, 788 F.2d 625, 626 (9th Cir. 1986) (permitting reimbursement); <u>United States v. McElhiney</u>, 369 F.3d 1168, 1170 (10th Cir. 2004), <u>cert. denied</u>, 541 U.S. 1055 (2004) and <u>Green v. United States</u>, 323 F.3d 1100, 1104 (8th Cir. 2003) (denying reimbursement). While to date this court has followed <u>Feldman</u> and allowed reimbursement payment of investigation costs, there is no authority in the CJA for advances. In fact, 31 U.S.C. § 3324(b) appears to prohibit advances of funds except in situations not applicable here.

    Defendant's motion (document no. 38) is denied. Stand-by

counsel may seek reimbursement of charges.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: November 10, 2005

cc:   Gordon Reid, *pro se*