UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                        Criminal No. 05-cr-057-01-JD

<u>Gordon Reid</u>

<u>SEALED ORDER</u>

    Jury selection in this case is scheduled for February 7, 2006, with evidence to begin on February 13, 2006. The defendant has requested and has been granted trial continuances on three previous occasions. On this date the court has denied a fourth request to continue the trial on the grounds that the defendant has not presented a reasonable basis for granting another continuance.

    On January 17, 2006, the defendant filed an ex parte motion for services other than counsel for the purpose of retaining a footprint expert (document no. 64). As the defendant indicates in that motion, he was informed by the government on November 23, 2005, that footprints found at the scene of the alleged crime were compared with the defendant's footwear and that a positive match was made. The defendant has known about this evidence since November 23, 2005, and now, on the eve of trial, requests funds for the purpose of retaining an expert to conduct an

independent analysis of the footprint evidence.  The granting of this request would necessitate yet another continuance of the trial.

This request comes too late and is viewed by the court as another attempt by the defendant to delay the trial of this matter once again.  The defendant has been aware of the government's evidence for two months and has chosen to delay making this request until the eleventh hour.  Under these circumstances the defendant must accept the consequences, if any, of his actions.

Therefore, the motion (document no. 64) is denied.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

January 23, 2006

cc: Gordon Reid, pro se
    Michael J. Iacopino, Esquire