```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                          Criminal No. 05-cr-057-01-JD

Gordon Reid


SEALED ORDER

The defendant has filed another eleventh hour request seeking to retain the services of a pharmacologist/psychiatrist (Dr. Alec Bodkin) (document no. 83).  The defendant claims that witness Ms. Poirier slipped an unknown substance into an alcoholic beverage that the defendant was drinking and that his behavior became erratic and abnormal afterwards.  Dr. Bodkin, for a fee of between $3,000 and $5,000 is supposed to determine whether the defendant's abnormal behavior would have been consistent with his having ingested any of the narcotic substances which were supposedly accessible to Ms. Poirier at the time, including but not limited to Paxil and Vicodin.  The defendant does not include any information concerning who Dr. Bodkin is or what his qualifications may be to render such an opinion.  Therefore, given the late timing of this request, the lack of any information concerning Dr. Bodkin's qualifications, and the rather open-ended nature of the proposed evaluation, the court denies the request.  The court again notes that the

defendant has been well aware of Ms. Poirier's background and his defense for many months and has waited until the last minute to make requests of this nature in what is apparently an effort to further delay the trial.

However, assuming that Dr. Bodkin is qualified, and assuming there is some evidentiary basis that can be developed at trial, the defendant may subpoena Dr. Bodkin to testify, provided his testimony is deemed to be relevant and material.  The court will approve reasonable expenses in connection with any such trial testimony but not the $3,000 to $5,000 requested by the defendant.

SO ORDERED.

*Joseph A. DiClerico, Jr.*
Joseph A. DiClerico, Jr.
United States District Judge

January 27, 2006

cc:   Gordon Reid, pro se
      Michael J. Iacopino, Esquire