UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                              Criminal No. 05-cr-057-JD

<u>Gordon Reid</u>


<u>PROCEDURAL ORDER</u>

     Gordon Reid has filed a motion for transcripts of his criminal trial to be produced pursuant to 18 U.S.C. § 3006A(e). At the same time, Reid has filed motions to hold in abeyance his motions to dismiss and for disqualification pending production of the trial transcripts. The government has no objection to Reid's motion for transcripts or to his motions to hold motions in abeyance.

     The motion for transcripts and the motions to hold in abeyance are granted. The deputy clerk has informed the court that it will take thirty days for the court reporters to produce transcripts of the trial. At present, the second trial in this case is scheduled to begin on Tuesday, April 4, 2006. Given the time necessary to produce the requested transcripts and the additional time that will be necessary to permit Reid and the government to review those transcripts, the trial will have to be rescheduled to accommodate Reid's requests.

<u>Conclusion</u>

For the foregoing reasons the defendant's motions for transcripts and to hold his motions to dismiss and for disqualification in abeyance (documents nos. 173, 174, and 175) are granted.  The trial now scheduled to begin on April 4, 2006, will be rescheduled when the transcript has been filed.

This order does not change any of the previously established deadlines.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

March 13, 2006

cc:  Gordon Reid, pro se
     Helen W. Fitzgibbon, Esquire
     Clyde R.W. Garrigan, Esquire
     Michael J. Iacopino, Esquire