```
               UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                            Criminal No. 05-cr-57-JD

Gordon Reid


O R D E R

At the hearing held on May 16, 2006, the court provided Gordon Reid with transcripts of his first trial. He now moves to be provided with a copy of the transcript of the jury selection from that trial. In a separate motion, he asks that his standby counsel be provided with certified transcripts.

Reid argues that he needs a transcript of the jury selection "for the full development of his double jeopardy claim." He is mistaken. "In a jury case, jeopardy attaches when the jury is empaneled and sworn." United States v. Pacheco, 434 F.3d 106, 112 (1st Cir. 2006). In Reid's case, the docket shows that the jury was sworn on February 13, 2006, and he has a transcript of that day of trial. He has not shown any need for a transcript of the jury selection.

Reid states that standby counsel informed him at the hearing on May 16, 2006, that he did not have a copy of the trial transcripts. Reid also states that he "does not have a copy that is certified true and accurate." He asks that the court provide

standby counsel "with a copy of the trial transcript certified true and accurate."

To the extent Reid believes that the certification on the transcripts that he was provided by the court at the hearing on May 16, 2006, is insufficient and seeks a new copy with a different certification, that request is denied.  Standby counsel can come to the clerk's office and pick up the set of trial transcripts that was originally provided to Reid.

## Conclusion

For the foregoing reasons, the defendant's motion for a transcript of jury selection (document no. 294) is denied.  The defendant's motion to provide standby counsel with transcripts (documents no. 295) is granted to the extent provided in this order.

SO ORDERED.

Joseph A. DiClerico, Jr.
United States District Judge

May 31, 2006

cc: Gordon Reid, pro se
    Michael J. Iacopino, Esquire
    Helen W. Fitzgibbon, Esquire
    Clyde R. W. Garrigan, Esquire
    U.S. Probation
    U.S. Marshal