UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                     Criminal No. 05-cr-057-JD

<u>Gordon Reid</u>


<u>NOTICE OF RULING</u>

<u>Re: Document No. 340, Motion to Produce Discovery in re: Expert Footprint Evidence</u>

    Based on the government's response, the court rules as follows:

    Paragraphs (i), (iv), (v), and (vi) – Government agrees, as it has in the past, that it will make these items available for inspection by defendant's expert. Government need not produce 4000 dpi negatives because it does not have the capability of doing so. Furthermore, this request is late.

    Paragraphs (ii), (iii) and (vii) – These items have been or will be provided to defendant.

                                        /s/ Joseph A. DiClerico, Jr.
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge


Date: July 10, 2006

cc:  Gordon Reid, pro se
     Michael J. Iacopino, Esquire
     Helen W. Fitzgibbon, Esquire
     Clyde R. W. Garrigan, Esquire