```
                                              U.S. DISTRICT COURT
                                               DISTRICT OF N.H.
                                                    FILED

                                              2006 JUL 14 P 12: 10
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                      Criminal No. 05-cr-57-JD

<u>Gordon Reid</u>

O R D E R

The defendant has filed an emergency motion to stay proceedings, <u>viz.</u>, the trial scheduled to commence on July 18, 2006, on the ground that the court of appeals has yet to issue a mandate on its order of July 11, 2006, which rejected his interlocutory appeal. That order, however, provided, "Mandate shall issue forthwith," and the mandate in fact issued, on July 12, 2006 (this court's docket no. 374), returning jurisdiction to this court. Trial will therefore commence as scheduled. Reid's motion to stay (docket no. 375) is DENIED.

SO ORDERED.

                                                                             Joseph A. DiClerico, Jr.
                                                                             United States District Judge

July 14, 2006

```
cc:  Gordon Reid, pro se
     Michael J. Iacopino, Esquire
     Helen W. Fitzgibbon, Esquire
     Clyde R. W. Garrigan, Esquire
     U.S. Marshal
     U.S. Probation
```