UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States</u>

    v.                     Case No. 05-cr-57-01-SM

<u>Gordon Reid</u>

<u>ORDER</u>

Re: Document No. 605, Motion for Enlargement of Time of Filing Post Trial Motions and Motions for Reconsideration

Ruling: Once again, defendant asserts a familiar claim of personal dissatisfaction with the time allotted him for research and writing, and the scope of access to legal materials provided him, while incarcerated (a familiar claim by this defendant). Defendant has not described facts or circumstances that might rise to the level of a constitutional deprivation of his right of access to the courts, and seems to concede that he has had access to his legal materials, the institution's law library, and the court. In addition, defendant has not plausibly shown any realistic adverse impact on his ability to either file appropriate pleadings or address sentencing issues, nor has he identified what issues he seeks to raise that he has not been able to raise or develop, beyond mentioning issues already considered and decided (e.g. selective prosecution). Defendant has been afforded more than ample opportunity to identify issues he wishes to raise and present those issues in a reasonably timely manner. Further delay of the proceedings in this case is not warranted. However, should defendant wish to supplement the motions filed in response to the schedule previously and firmly set by the court, or present additional issues, he may do so orally or in writing on February 1, 2008, prior to the scheduled sentencing hearing. If additional time is required for the government to respond, or if other circumstances plainly require further delay at that time, the court will grant appropriate relief.

                                            _____
                                            Steven J. McAuliffe
                                            Chief District Judge

Date:  January 4, 2008

cc:  Don Feith, AUSA
     Robert Kinsella, AUSA
     Gordon Reid, pro se
     Michael J. Iacopino, Esq.