UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States</u>

       v.                      Case No. 05-cr-57-01-SM

<u>Gordon Reid</u>

<u>ORDER</u>

    Re: Document No. 609, Provisional Motion for Judgment of Acquittal or, in the Alternative, for New Trial

    Ruling: Denied. The evidence, taken in the light most favorable to the jury's verdict, was more than sufficient to support that verdict; indeed, the evidence of guilt was overwhelming. Essentially for the reasons articulated by the government in its objection (document no. 57), the grounds offered by defendant in support of his motion are not persuasive. The issues raised have either been raised and resolved previously, and nothing new has been presented warranting a different result, or, the issues raised concern factual matters resolved by the jury, or are without merit.


Date: January 4, 2008

                                          Steven J. McAuliffe
                                          Chief Judge

cc:  Don Feith, AUSA
     Robert Kinsella, AUSA
     Gordon Reid, pro se
     Michael Iacopino, Esq.