UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States</u>

    v.                          Case No. 05-cr-57-01-SM

<u>Gordon Reid</u>


ORDER

    Re: Document No. 606, Motion for Additional Transcripts

    Ruling: Granted. As the court recalls the matter, defendant was allowed a complete transcript of his trial. The government does not challenge defendant's assertion that he did not receive the specified portions of the trial transcript. The court's stenographers shall forthwith produce copies of the portions of the transcript defendant identifies as having not been received (i.e. jury selection; December 12th – afternoon session; and conference related to the jury question), and the clerk shall promptly express mail those copies to defendant. Defendant may file any appropriate motions based upon those portions of the trial transcript on or before the scheduled sentencing hearing on February 1, 2008, at which time the government may respond and the court will consider the issues raised.

                                                    _____
                                                  Steven J. McAuliffe
                                                  Chief District Judge

Date: January 4, 2008

cc:  Don Feith, AUSA
     Robert Kinsella, AUSA
     Gordon Reid, pro se
     Michael Iacopino, Esq.